**No. 61209.**—Goff & Page Company *v.* United States, protest 265807–K (Providence).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

BEFORE THE SECOND DIVISION, SEPTEMBER 20, 1957

**No. 61210.**—R. H. Macy & Co., Inc. *v.* United States, protests 263440–K, 264357–K, and 277014–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 61211.**—French Industries, Inc., and Arthur J. Fritz & Co. et al. *v.* United States, protests 207862–K, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp. et al.* v. *United States* (43 C. C. P. A. 1, C. A. D. 600), the items of merchandise imported prior to June 6, 1951, were held dutiable at 35 percent under paragraph 1211, as modified by T. D. 51802, and other items were held dutiable at 32½ percent under said paragraph, as modified by T. D. 52739, supplemented by Presidential proclamation (T. D. 52857).